PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/Supervised Release

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2008

at 4 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                          Criminal No. CR 04-00344HG-03

CHASITY HAO

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 3/16/2008, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

JOANN S. HAMAJI
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 17th day of March, 2008.

HELEN GILLMOR
Chief U.S. District Judge